J. STEPHEN STREET    1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:      jsstreet@ip-law-hawaii.com

DANE ANDERSON        9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:    (808) 285-4760
E-mail:      dane@andersonlawhawaii.com

Attorneys for Plaintiffs
VINCENT KHOURY TYLOR
and VINCENT SCOTT TYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>MAUI-MOLOKAI SEA CRUISES, a Hawaii Limited Partnership, dba PRIDE OF MAUI; M-V PRINCE KUHIO, INC., a Hawaii Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | ) CIVIL NO. CV14-00415 LEK-RLP<br>) (Copyright Infringement)<br>)<br>) PROOF OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROOF OF SERVICE

1. On _____9/17/14_____ *(date)*, I received the Complaint and Summons, Notice of Rule 16 Scheduling Conference; Order Setting Rule 16 Scheduling Conference, and Memo re: Corporate Disclosure Statements for defendant:

   MAUI-MOLOKAI SEA CRUISES, a Hawaii Limited Partnership, dba PRIDE OF MAUI

2. On _9/22/14 at  12:15 Pm_ *(date)*, I personally served the documents listed in paragraph 1 on the following person, at the following address, who is designated by law to accept service of process on behalf of the defendant named in paragraph 1:   *(name of individual; title; address where service occurred)*

   Served through Agent for Service Scott Turner
   at 355 Hukilike St., # 207, Kahului, HI 96732.

   _____

   _____

   Scott Turner — Acknowledgment of Service

Additional information regarding attempted service, etc *(specify)*:

_____

_____

_____

_____.

2

My fees are $ _10.00_ for travel and $ _35.00_ for services, for a total of $ _45.00_ .

At the time of service I was at least 18 years of age and not a party to this action.

I declare under penalty of perjury that this information is true and correct.

Date: _____9/22/14_____

_____
Server's signature

_Christopher Curley, Civil Process Server_
Server's printed Name and Title

**Aqua Legal, LLC**
**55 Naniluna Pl.**
**Wailuku, HI 96793**
**(808) 283-2035**
_____
Server's address